UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>LUKE MICHAEL LINTS,<br><br>Defendant. | Case No. 1:22-cr-259-2 (TNM) |

### ORDER

Before the Court is Defendant's Unopposed Motion to Extend Self-Surrender Date. *See* ECF No. 68. Defendant asks to delay his report date from July 6, 2023, to November 1, 2023, given his seasonal work obligations this summer through early fall. The Court hereby GRANTS that motion. Defendant shall report to serve his four-month sentence on or after November 1, 2023, as determined by the Bureau of Prisons. SO ORDERED.

Dated: June 16, 2023

TREVOR N. McFADDEN, U.S.D.J.